FORM 7

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Ohka America, Inc.,<br><br>               Plaintiff,<br><br>      v.<br><br>United States of America,<br><br>               Defendant. | Court No. 03-00790 |

### NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: April 12, 2021

/s/ George R. Tuttle, Sr.
George R. Tuttle, Sr.
Attorney for Ohka America Inc.
Law Offices of George R. Tuttle,
A Professional Corporation
3950 Civic Center Drive
Suite 310
San Rafael, CA 94903
Main Telephone: (415) 986-8780
Email: george.tuttle.sr@tuttlelaw.com

### ORDER OF DISMISSAL

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
      Deputy Clerk

{0174411.DOCX;1}

## CERTIFICATE OF SERVICE

I, Pamela Collins, state that I am an employee of the Law Offices of George R. Tuttle, A P.C., with offices located at 3950 Civic Center Drive, Suite 310, San Rafael, California, 94903, and that on April 12, 2021, I served on behalf of plaintiff herein, the within:

*Notice of Dismissal*

Ohka America Inc. v. United States
Court No. 03-00790

on the below listed party, in said action or proceedings, through the Court's electronic service under Rule 5(b)(2)(F) as follows:

Edward Kenny, Esq.
Trial Attorney
Office of the Assistant Attorney General
Department of Justice
Commercial Litigation Branch
International Field Office
26 Federal Plaza – Room 346
New York, New York 10278

Executed on April 12, 2021, San Rafael, California.

*/s/ Pamela Collins*
Pamela Collins