FORM 7

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Ohka America, Inc., <br><br>            Plaintiff, <br><br>            v. <br><br>United States of America, <br><br>            Defendant. | Court No. 03-00790 |

### NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: April 12, 2021

/s/ George R. Tuttle, Sr.
George R. Tuttle, Sr.
Attorney for Ohka America Inc.
Law Offices of George R. Tuttle,
A Professional Corporation
3950 Civic Center Drive
Suite 310
San Rafael, CA 94903
Main Telephone: (415) 986-8780
Email: george.tuttle.sr@tuttlelaw.com

### ORDER OF DISMISSAL

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: April 13, 2021

Clerk, U. S. Court of International Trade

By: /s/ Cynthia Love
Deputy Clerk

{0174411.DOCX;1}